UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -1 PM 3: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**SUSAN PERLMUTTER,**

    **Plaintiff,**

v.

**JOHN ALDEN INSURANCE COMPANY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:04-2362-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal entered on August 25, 2005, this cause is hereby dismissed.

**APPROVED:**

_/s/ J. Daniel Breen_
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

9/1/05
**Date**

**THOMAS M. GOULD**

_____
**Clerk of Court**

_/s/ Earline Duaye_
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-2-05

(15)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02362 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

L. Marshall Albritton
200 Fourth Avenue North
Fifth Floor
Nashville, TN 37219

William R. Bruce
LAW OFFICE OF WILLIAM R. BRUCE
707 Adams Ave.
Memphis, TN 38105

Honorable J. Breen
US DISTRICT COURT